NICHOLAS RACHE TAYLOR
280 AZALEA CT
BRANDON, MS 39047

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
4237-B LAKELAND DRIVE
FLOWOOD, MS 39232

ALDOUS AND ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY, UT 84117

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130

CASSANDRA TAYLOR
1361 ABBIE DR
BRANDON, MS 39047

COMENITY
PO BOX 182273
COLUMBUS, OH 43218-2273

FIRST MARK SERVICES
ATTN: BANKRUPTCY DEPT
P.O. BOX 82522
LINCOLN, NE 68501

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

MIDLAND CREDIT MANAGEM
P.O. BOX 60578
LOS ANGELES, CA 90060

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON, MS 39202

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

PAIGE MCDONALD
801 SILVER PL
PEARL, MS 39208

SYNCB/CF MOTO
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

U.S. DEPARTMENT OF ED
ATTN: BANKRUPTCY
400 MARYLAND AVE SW
WASHINGTON, DC 20202

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201