**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Nicholas Rache Taylor, Debtor**                    Case No. 26-01767-JAW
                                                                                      **CHAPTER 13**

### CERTIFICATE OF COMPLIANCE OF PROVISION OF
### PAYMENT ADVICES TO CASE TRUSTEE

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this her certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee,

Harold J. Barkley, Jr., Esq., P.O. Box 4476, Jackson, MS 39296-4476 pursuant to standing order

of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on 07/10/2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on 07/10/2026.  All
interested parties will receive electronic notification from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.