**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                     CHAPTER 13 NO.:

NICHOLAS RACHE TAYLOR                                 26-01767-JAW


### CERTIFICATE OF SERVICE

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Amended Notice of Chapter 13 Bankruptcy Case* **[DK #16]** filed in the above styled and numbered case to the U. S. Trustee, the Debtor(s), Debtor's Attorneys and to all creditors and their attorneys if known, by United States Mail, postage prepaid, or by ECF Filing Notification, and that a copy of the Amended Notice of Chapter 13 Bankruptcy Case has been served to the parties pursuant to Fed. R. Bankr. P. 2002(a)(9) and (b)(3).

Dated:  July _____10_____, 2026

Respectfully submitted,

/s/ Harold J. Barkley Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM