**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**Jackson Division**

In re:                                                    :
                                                          :
Nicholas Rache Taylor                                     :        Case No.: 26-01767-JAW
                                                          :
                    Debtor.                               :        Chapter 13
                                                          :

**OBJECTION OF TOYOTA MOTOR CREDIT CORPORATION**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

Toyota Motor Credit Corporation ("Toyota"), by and through its undersigned counsel, hereby

objects to confirmation of the above-referenced Debtor's proposed Chapter 13 Plan, and in support

thereof, states as follows:

1.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334 and

11 U.S.C. § 1325.

2.      Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and/or 1409.

3.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4.      On June 29, 2026 Debtor filed a voluntary petition for relief under Chapter 13 of the

United States Bankruptcy Code, and relief was ordered thereon.

5.      Toyota is the holder of a secured interest against Debtor for a 2018 Toyota Tundra

bearing the VIN 5TFFY5F10JX232929 (the "Vehicle").

6.      On July 20, 2026 Toyota filed a Proof of Claim seeking a fully secured balance of

$39,586.22.

7.      Debtor's Chapter 13 Plan proposes to "cram down" the value of Toyota's claim to

$26,460.00.

8.  Pursuant to 11 U.S.C. § 1325(a)(5)(B)(ii), Debtor's plan must pay Toyota an amount equal to the value of Toyota's secured claim plus interest.

9.  The value of a claim on property acquired for personal, family, or household purposes is defined under 11 U.S.C. § 506(a) as "the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined."

10. Pursuant to a search of the J.D. Power Used Car Guide, the clean retail value of the Automobile as of the petition date is $31,425.00. A true and correct copy of the relevant page of the J.D. Power Used Car Guide is attached hereto as Exhibit "A".

11. The clean retail value found in the J.D. Power Used Car Guide represents "the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined" as required by 11 U.S.C. § 506(a)(2).

12. Debtor must therefore amend the plan to provide Toyota with a secured claim in the amount of $31,425.00 plus an interest rate of 8.5% as required under this District's Amended Order Designating Presumptive 11 U.S.C. § 1325(a)(5)(B) Interest Rate (Effective 11/20/25).

13. For these reasons the Debtor's proposed Chapter 13 Plan does not comply with the provisions of 11 U.S.C. 1325(a) and therefore must not be confirmed at this time.

WHEREFORE, Toyota Motor Credit Corporation requests this Honorable Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted,

By:     /s/ Olivia Spencer
        Olivia Spencer MS Bar #104439
        King & Spencer, PLLC
        1855 Crane Ridge Drive, Suite D
        Jackson, MS 39216
        Telephone: (601) 948-1547
        Email: spencer@kingandspencer.net
        Attorneys for Toyota Motor Credit Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division**

In re:                                         :
                                               :
Nicholas Rache Taylor                          :      Case No.: 26-01767-JAW
                                               :
                Debtor.                        :      Chapter 13
_____              :

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that at all times referenced herein, I was more than 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 13th day of August, 2026, I served *via* CM/ECF and/or United States Postal Service, a true and correct copy of the following:

**OBJECTION OF TOYOTA MOTOR CREDIT CORPORATION
TO CONFIRMATION OF CHAPTER 13 PLAN**

upon the following persons:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com
**ATTORNEY FOR DEBTOR**

Harold J. Barkley, Jr.
HJB@HBarkley13.com
**TRUSTEE**

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov
**U.S. TRUSTEE**

Nicholas Rache Taylor
280 Azalea Court
Brandon, MS 39047
**DEBTOR**

By:      */s/ Olivia Spencer*
         Olivia Spencer MS Bar #104439
         King & Spencer, PLLC
         1855 Crane Ridge Drive, Suite D
         Jackson, MS 39216
         Telephone: (601) 948-1547
         Email: spencer@kingandspencer.net
         Attorneys for Toyota Motor Credit Corporation

# JDPOWER

7/8/2026

JD Power Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2018 Toyota Tundra Crew Cab Limited 5.7L V8 |
| Region: | Southeastern |
| Period: | July 8, 2026 |
| VIN: | 5TFFY5F10JX232929 |
| Mileage: | 80,000 |

## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | $28,325 | $3,100 | N/A | $31,425 |



EXHIBIT

tabbies

"A"

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power