MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Nicholas Rache Taylor

Case No.: 26-01767-JAW

*Debtor(s)*

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Toyota Motor Credit Corporation _____, a
[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Toyota Financial Services Americas Corporation

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/13/2026

Attorney Signature

Olivia Spencer

MS BAR # 104439

Attorney Name

State Bar Number

1855 Crane Ridge Drive, Suite D

Address

Jackson, MS 39216

City, State, and Zip Code

601-948-1547

spencer@kingandspencer.net

Telephone Number

Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**