**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**Jackson Division**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Nicholas Rache Taylor | : | Case No.: 26-01767-JAW |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |

**AGREED ORDER SETTLING OBJECTION TO CONFIRMATION**
**AND AMENDING PLAN**

Toyota Motor Credit Corporation ("Creditor") and Nicholas Rache Taylor ("Debtor"), in which all parties were represented by counsel and hereby memorialize their consent regarding Toyota's secured claim, IT IS HEREBY ORDERED that by consent the objection to confirmation filed by Creditor at Docket #19 is hereby settled and the plan filed by Debtor on June 29, 2026 at Docket #8 is modified according to the following terms:

1. Creditor filed a Proof of Claim in this case on July 20, 2026.
2. The Proof of Claim seeks a secured balance of $39,586.22.
3. Attorneys for the parties have agreed that the Debtor's Chapter 13 plan shall provide for payment of $28,282.50 with 8.5% interest under Section 3.2 of the plan.
4. Debtor's Chapter 13 plan is hereby amended to reflect the terms of this Order.
5. The terms of this order shall apply to any plan amended hereafer.

6. The Standing Chapter 13 Trustee shall make plan modifications as necessary to effectuate this order.

**#END OF ORDER#**

Agreed to by:


*/s/Thomas Carl Rollins Jr.*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
*Attorney for Debtor*

*/s/Olivia Spencer*
Olivia Spencer, Esquire (Bar No. 104439)
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
*Attorney for Creditor*

*/s/ Justin B. Jones, Attorney for*
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476
601-362-6161
601-362-8826 (fax)
HJB@HBarkley13.com
*Chapter 13 Trustee*