United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01767-JAW
Nicholas Rache Taylor Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 1
Date Rcvd: Sep 17, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Rache Taylor, 280 Azalea Ct, Brandon, MS 39047-7264 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Olivia Spencer | on behalf of Creditor Toyota Motor Credit Corporation spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nicholas Rache Taylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**Jackson Division**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Nicholas Rache Taylor | : | Case No.: 26-01767-JAW |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |

**AGREED ORDER SETTLING OBJECTION TO CONFIRMATION**
**<u>AND AMENDING PLAN</u>**

Toyota Motor Credit Corporation ("Creditor") and Nicholas Rache Taylor ("Debtor"), in which all parties were represented by counsel and hereby memorialize their consent regarding Toyota's secured claim, IT IS HEREBY ORDERED that by consent the objection to confirmation filed by Creditor at Docket #19 is hereby settled and the plan filed by Debtor on June 29, 2026 at Docket #8 is modified according to the following terms:

1. Creditor filed a Proof of Claim in this case on July 20, 2026.
2. The Proof of Claim seeks a secured balance of $39,586.22.
3. Attorneys for the parties have agreed that the Debtor's Chapter 13 plan shall provide for payment of $28,282.50 with 8.5% interest under Section 3.2 of the plan.
4. Debtor's Chapter 13 plan is hereby amended to reflect the terms of this Order.
5. The terms of this order shall apply to any plan amended hereafer.

6. The Standing Chapter 13 Trustee shall make plan modifications as necessary to effectuate this order.

**#END OF ORDER#**

Agreed to by:

*/s/Thomas Carl Rollins Jr.*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
*Attorney for Debtor*

*/s/Olivia Spencer*
Olivia Spencer, Esquire (Bar No. 104439)
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
*Attorney for Creditor*

*/s/ Justin B. Jones, Attorney for*
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476
601-362-6161
601-362-8826 (fax)
HJB@HBarkley13.com
*Chapter 13 Trustee*