United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01767-JAW
Nicholas Rache Taylor Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Sep 23, 2026 Form ID: n032 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Rache Taylor, 280 Azalea Ct, Brandon, MS 39047-7264 |
| cr | + | Toyota Motor Credit Corporation, c/o Olivia Spencer, Esq., 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216, UNITED STATES 39216-4944 |
| 5690378 | + | Cassandra Taylor, 1361 Abbie Dr, Brandon, MS 39047-8527 |
| 5690383 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5690385 | + | Paige McDonald, 801 Silver Pl, Pearl, MS 39208-1206 |
| 5691601 | | River Oaks Hospital, LLC dba Merit Health River Oa, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5690376 | | Email/Text: cs@aldouslegal.com | Sep 23 2026 20:09:00 | Aldous and Associates, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 5690375 | + | Email/Text: bnc@teampurpose.com | Sep 23 2026 20:09:00 | Advance America, 4237-B Lakeland Drive, Flowood, MS 39232-9212 |
| 5690377 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 20:10:39 | Capital one, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5690379 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2026 20:09:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5690380 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 23 2026 20:08:00 | First Mark Services, Attn: Bankruptcy Dept, P.O. Box 82522, Lincoln, NE 68501 |
| 5697569 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 23 2026 20:08:00 | Firstmark Services Trust, Firstmark Services, PO Box 82522, Lincoln NE 68501-2522 |
| 5704195 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 23 2026 20:08:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5700785 | + | Email/Text: gbechakas@outlook.com | Sep 23 2026 20:08:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5690381 | + | Email/Text: melissa.martin@kfcu.org | Sep 23 2026 20:09:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5694396 | | Email/Text: melissa.martin@kfcu.org | Sep 23 2026 20:09:00 | Keesler Federal Credit Union, P O Box 7001, Biloxi MS 39534 7001 |
| 5690384 | + | Email/Text: constance.morrow@mdhs.ms.gov | Sep 23 2026 20:08:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5690382 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2026 20:09:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5701548 | + | Email/Text: benefit.recovery@mdhs.ms.gov | Sep 23 2026 20:09:00 | Mississippi Department of Human Services, Child Support, PO Box 352, Jackson, MS 39205-0352 |

| | | | |
|---|---|---|---|
| 5690386 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:39 | Syncb/cf Moto, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5690387 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:46 | Synchrony, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5720218 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2026 20:10:46 | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5690388 | Email/Text: bankruptcycourt@towerloan.com | Sep 23 2026 20:08:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5690389 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 23 2026 20:08:00 | Toyota Financial, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5698361 | Email/PDF: bncnotices@becket-lee.com | Sep 23 2026 20:10:46 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5690390 | + Email/Text: edbknotices@ecmc.org | Sep 23 2026 20:08:00 | U.S. Department of Ed, Attn: Bankruptcy, 400 Maryland Ave Sw, Washington, DC 20202-0001 |
| 5690391 | ^ MEBN | Sep 23 2026 20:08:33 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5690392 | + Email/Text: ebone.woods@usdoj.gov | Sep 23 2026 20:09:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Olivia Spencer | on behalf of Creditor Toyota Motor Credit Corporation spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | |

| | |
|---|---|
| | on behalf of Debtor Nicholas Rache Taylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01767−JAW
**Chapter:** 13

**In re:**

Nicholas Rache Taylor
280 Azalea Ct
Brandon, MS 39047

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/23/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 23, 2026

Danny L. Miller, Clerk of Court